IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:08-MD-1959-BO

IN RE:                                          )
                                                )
PANACRYL SUTURES PRODUCTS                        )
LIABILITY CASES                                  )          O R D E R
                                                )
This document applies to all cases.              )
                                                )

     This matter is before the Court on the Consent Motion for Approval of Plaintiff Fact

Sheet. This Court has reviewed the Motion and Plaintiff Fact Sheet attached as Exhibit A to the

Motion. For good cause shown, the Motion is GRANTED. Each Plaintiff who has not

previously provided Rule 26(a) Disclosures and/or who has not previously been deposed is to

complete a Plaintiff Fact Sheet within sixty days of then entry of this Order.


     SO ORDERED, this _____ day of August, 2010.


                                 Terence Boyle
                              TERRENCE W. BOYLE
                              UNITED STATES DISTRICT JUDGE